UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLARKSON GRAIN COMPANY, INC.**          CIVIL ACTION

**VERSUS**                                 NO. 07-4068

**M/V AFRICAN STAR, *IN REM*, AND SEA BRIDGE**          SECTION "B"(3)
**MARINE INC., OCEAN MARIS MANAGEMENT, INC.,**
**OCEANSTAR MANAGEMENT, INC. AND**
**VILARA MARITIME CO., LTD. *IN PERSONAM AND***
**LONDON STEAMSHIP OWNERS MUTUAL INSURANCE**
**ASSOCIATION**

## JUDGMENT

The Court granted Defendants' Motion for Summary Judgment (Rec. Doc. Nos. 10). Entry of final judgment is therefore proper since the Order dismissed all claims in the action.

Accordingly, for the reasons provided in this Court's Order, **IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in **favor** of Defendants, M/V AFRICAN STAR, et al. and **against** Plaintiff, Clarkson Grain Company, dismissing with prejudice its claims against Defendants, each party to bear their own costs.

New Orleans, Louisiana, this <u>18th</u> day of <u>August</u>, 2008.

_____
IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE